# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE OF PAPER FILING

No. _____    Caption: _____

Document: _____

Under Seal:  [ ] Yes    [ ] No    [ ] In Part:  Vols. _____

_____ as the _____
(party name)                  (appellant, appellee, petitioner, respondent)

certify that the above-referenced document has been filed and served as follows:

Filed by _____ on _____

Served by _____ on _____

to:

_____                                    _____
(date)                                           (signature)