# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

February 6, 2012

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Lavon Dobie, aka Becky Parker, aka Theresa Waller, aka Dobie Parker
           v. United States
           No. 11-8670
           (Your No. 07-4115)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 31, 2012 and placed on the docket February 6, 2012 as No. 11-8670.

Sincerely,

**William K. Suter**, Clerk

by

Melissa Blalock
Case Analyst